# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: ESTATE OF ROSEMARIE STERCHAK, DECEASED | : | No. 107 MAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: THOMAS LAMONT DYNO AND JULIA DYNO | : | from the Order of the Superior Court |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2023, the Application for Leave to Supplement or Amend and the Petition for Allowance of Appeal are **DENIED**.